**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SOLUTIONS EXPRESS LTD. d/b/a SOLEX and
TECHNOLOGY OPPORTUNITY GROUP, LTD.,

                        Plaintiffs,
    -against-                                         20 **CIVIL** 7843 (CS)

                                                       **<u>JUDGMENT</u>**

ASHLEY FURNITURE INDUSTRIES, INC.,

                        Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated March 8, 2023, Defendant's motion is GRANTED, and Plaintiffs' cross-motion is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 8, 2023

                                                           **RUBY J. KRAJICK**

                                                              **Clerk of Court**

                          **BY:**       *K. Mango*

                                                              **Deputy Clerk**